UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1) LAMBERT D. DUNN, SR., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. CIV-13-1166-M |
| | ) | |
| (1) UNIT CORPORATION, a/k/a | ) | |
| and d/b/a | ) | |
| (2) UNIT DRILLING, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF REMOVAL**

TO:  PLAINTIFF LAMBERT D. DUNN, SR. AND
     HIS ATTORNEYS OF RECORD

Pursuant to 28 U.S.C. §§ 1441(a) and c) and 1446, and LCvR 81.2, Defendants, Unit Corporation and Unit Drilling Company (collectively "Unit"), hereby file with this Court their Notice of Removal from the District Court of Grant County, State of Oklahoma, Case No. CJ-13-27, which is styled *Lambert D. Dunn, Sr., Plaintiff, v. Unit Corporation, a/k/a and d/b/a Unit Drilling, Defendant.*

The following statements are submitted pursuant to 28 U.S.C. § 1446:

1. Pursuant to LCvR 81.2 of the United States District Court for the Western District of Oklahoma, copies of all matters filed of record in the state court proceeding or served upon Unit are attached hereto along with a copy of the docket sheet, and all such matters include the following:

   a. Summons issued to Unit Corporation; and

   b. Plaintiff's Petition.

2.  Plaintiff's cause of action arises under the Employee Retirement Income Security Act ("ERISA"), 29 U.S.C. § 1001, *et seq*., and the Consolidated Omnibus Business Reconciliation Act ("COBRA"), 29 U.S.C.S. § 1161, *et seq.* COBRA provisions, which are part of ERISA, are subject to ERISA preemption rules, 29 U.S.C.S. § 1144. *See* Petition, ¶ 7.

3.  This Court has original jurisdiction of this action pursuant to 28 U.S.C. § 1331.

WHEREFORE, Defendants, Unit Corporation and Unit Drilling Company, pray that the above action now pending against it in the District Court of Grant County, State of Oklahoma, be removed to this Court.

Respectfully submitted,

**NEWTON, O'CONNOR, TURNER & KETCHUM**
**A PROFESSIONAL CORPORATION**

By: */s/ W. Kirk Turner*
W. Kirk Turner, OBA #13791
Jacob S. Crawford, OBA #31031
15 West 6th Street, Suite 2700
Tulsa, Oklahoma 74119
(918) 587-0101
(918) 587-0102 (facsimile)

kturner@newtonoconnor.com
jcrawford@newtonoconnor.com

**ATTORNEYS FOR DEFENDANTS,**
**UNIT CORPORATION AND UNIT**
**DRILLING COMPANY**

## CERTIFICATE OF SERVICE

☒     I hereby certify that on <u>October 31  2013</u>, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Lambert D. Dunn, Jr., Esq.
Lambertdunn@gmail.com

☐     I hereby certify that on _____, 2013, I served the foregoing document by mail on the following, who are not registered participants of the ECF System (None):

                                                */s/ W. Kirk Turner*
                                                W. Kirk Turner